United States Magistrate Judge J. Richard Creatura

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MILA HINES, | ) |
| | ) No. 3:11-cv-5252-BHS-RJC |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) ORDER GRANTING UNOPPOSED MOTION |
| MICHAEL ASTRUE, | ) TO AMEND THE SCHEDULING ORDER |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

Based on Plaintiff's unopposed motion and the declaration of Amy Gilbrough it is hereby ordered that the scheduling order in this matter is amended as follows: Opening Brief is due by July 22, 2011; Responsive Brief is due by August 19, 2011; Reply Brief due by September 2, 2011; and oral argument, if desired, requested by September 9, 2011.

DATED this 15th day of July, 2011.

_____
J. Richard Creatura
United States Magistrate Judge

ORDER - [3:11-cv-5252-BHS-JRC]- 1