1

2                          UNITED STATES DISTRICT COURT
                          WESTERN DISTRICT OF WASHINGTON
3                                    AT TACOMA

4    MILA K. HINES,

5                        Plaintiff,              CASE NO. C11-5252BHS

6    v.                                          ORDER ADOPTING REPORT
                                                 AND RECOMMENDATION
7    MICHAEL J. ASTRUE, Commissioner of
     the Social Security Administration,

8                        Defendant.

9

10          This matter comes before the Court on the Report and Recommendation ("R&R")

11   of the Honorable J. Richard Creatura, United States Magistrate Judge.  Dkt. 18.  The

12   Court having considered the R&R and the remaining record, and no objections having

13   been filed, does hereby find and order as follows:

14          (1)     The R&R is **ADOPTED**; and

15          (2)     The decision by the Administrative Law Judge is **REVERSED** and the

16   action is **REMANDED** to the Social Security Administration for further consideration as

17   discussed in the R&R.

18          Dated this 12th day of March, 2012.

19

20

21          _____
            BENJAMIN H. SETTLE
            United States District Judge
22

ORDER